# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

JULIO CESAR ZATARAIN, an individual,

Plaintiff,

v.

TARGET, INC., a Minnesota Corporation; and DOES 1 through 50, Inclusive,

Defendants.

Case No. 5:25-CV-03132 KK (DTBx)

Hon. Kenlv K. Kato

**ORDER RE JOINT REQUEST FOR DISMISSAL OF THE ENTIRE ACTION**

[*Filed concurrently Joint Request for Dismissal of the Entire Action*]

*Complaint Filed     October 2, 2024*
*Trial Date:          Vacated*

GOOD CAUSE APPEARING, and having reviewed the Joint Request for Dismissal of the Entire Action ("Request for Dismissal") submitted jointly by Plaintiff JULIO CESAR ZATARAIN ("Plaintiff") and Defendant TARGET, INC. ("Defendant") (collectively, the "Parties"), through their counsel of record, the Court hereby GRANTS the Parties' Request for Dismissal and orders as follows:

1

**PROPOSED ORDER RE JOINT REQUEST FOR DISMISSAL OF THE ENTIRE ACTION**

## **<u>ORDER</u>**

1.    This entire action is dismissed, with prejudice; and

2.    All hearings, dates, and/or deadlines in this matter, including, but not limited to, the Hearing on the OSC Re Dismissal, are vacated.

**IT IS SO ORDERED.**

_____

_____

Dated:    June 24, 2026
_____

Hon. Kenly K. Kato
Judge, United States District Court

2

**ORDER RE JOINT REQUEST FOR DISMISSAL OF THE ENTIRE ACTION**